UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLOR CARD STUDIOS, et al., <br><br>         Plaintiff(s), <br><br> v. <br><br> TASL BRAND HOLDINGS, LLC, et al., <br><br>         Defendant(s). | 23-CV-6627 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

  On October 13, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order by November 20, 2023. ECF No. 15. That submission is now overdue, and Defendants have yet to appear. Accordingly, it is hereby ORDERED that Plaintiff submit a letter by **November 30, 2023**, updating the Court on the status of this case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

  The initial pretrial conference currently scheduled for November 30, 2023, at 11:00 a.m. is hereby ADJOURNED pending appearance by Defendants.

  SO ORDERED.

Dated: November 21, 2023
    New York, New York

                          DALE E. HO
                         United States District Judge