UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLOR CARD STUDIOS, LLC, et al.,

                  Plaintiffs,

v.

TASL Brand Holdings, LLC, et al.,

                  Defendants.

23-CV-6627 (DEH)

ORDER

DALE E. HO, United States District Judge:

    WHEREAS the Court has extended the parties' deadlines to submit a joint case management plan and scheduling order, and to appear before the Court for a joint initial pretrial conference, numerous times, *see* ECF Nos. 17, 23, 28, 31, 25;

    WHEREAS on May 13, 2024, the Court granted Defendant Beyond's motion to extend its deadline to appear and respond to the Complaint to May 28, 2024, ECF No. 52;

    WHEREAS on May 17, 2024, the Court granted Defendant Upward Partners LLC's (d.b.a. steals.com) motion to extend its deadline to appear and respond to the Complaint to June 17, 2024, ECF No. 57;

    WHEREAS six named Defendants have yet to appear, including Beyond and steals.com, ECF Nos. 52, 57;

    WHEREAS on March 26, 2024, the Court once again extended the parties' deadline to submit a joint case management plan and scheduling order and to appear for a joint pretrial conference to May 22 and May 30, 2024, respectively, ECF No. 35;

IT IS HEREBY ORDERED that the parties' May 22 deadline to submit a joint proposed case management plan and scheduling order and to appear before the Court on May 30, 2024 are **ADJOURNED** *sine die*, pending appearance by **all** Defendants.[1]  Within **one week** of appearance by the remaining non-appearing Defendants, the parties shall file a letter on ECF proposing a schedule both to submit the proposed case management plan and scheduling order and to appear before the Court for a conference.

IT IS FURTHER ORDERED that by **May 30, 2024**, Plaintiffs shall file a status letter with the Court.  The letter shall address (1) whether this case has settled or otherwise been terminated; (2) whether there have been any communications with the remaining non-appearing Defendants, including a detailed description of the nature of those communications and attempts at service; and (3) whether Plaintiffs intend to move for default judgment or to voluntarily dismiss this case.

SO ORDERED.

Dated: May 20, 2024
New York, New York

DALE E. HO
United States District Judge

---

[1] Excluding any Defendants that Plaintiffs dismiss or file default judgments against, if applicable.