UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLOR CARD STUDIOS, LLC, <br><br>                Plaintiff, <br><br> v. <br><br> TASL BRAND HOLDINGS, LLC; BLUESTAR ALLIANCE, LLC; AMAZON.COM, INC.; BEYOND, INC. dba OVERSTOCK.COM; WALMART INC.; TRANSFORM SR HOLDING MANAGEMENT LLC dba KMART and dba SEARS; AR & EM RETAIL GROUP CORP dba RENNDE; UPWARD PARTNERS LLC dba STEALS.COM; and DOES 1 through 10, <br><br>                Defendants. | 23-cv-06627-DEH <br><br> ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY ORDERED that the deadline by which Defendants Amazon.com, Inc., Beyond, Inc., Transform Sr Holding Management LLC, AR & EM Retail Group Corp and Upward Partners LLC ("Defendants") shall answer or otherwise respond to Plaintiff Color Card Studios, LLC's ("Plaintiff") First Amended Complaint is **STAYED**, pending the Court's decision on Plaintiff's Motion for Leave to Amend the First Amended Complaint. In the event the Court denies Plaintiff's motion, Defendants shall have five (5) business days to answer or otherwise response to the First Amended Complaint from the date of such Order.

      **IT IS SO ORDERED.**

Dated: June 28, 2024

                                                                                              HON. DALE E. HO
                                                                                               United States District Judge
                                                                                                  New York ,New York