UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLOR CARD STUDIOS, LLC, et al., <br><br>                       Plaintiffs, <br><br> v. <br><br> TASL BRAND HOLDINGS, LLC, et al., <br><br>                       Defendants. | 23-CV-6627 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

On July 16, 2024, Plaintiff filed proof of service on Defendant Hoosier Process Service (d.b.a. "Bobbi + Bricka"), with an answer due August 6, 2024.  *See* ECF No. 94.  On August 2, 2024, the Court ordered Defendant Upward Partners LLC (d.b.a. "Steals.com") to answer or otherwise respond to Plaintiff's Second Amended Complaint ("SAC") by August 31, 2024.  *See* ECF No. 99.  On August 12, 2024, the Court ordered Defendant Transform Sr Holding Management LLC to answer or otherwise respond to the SAC by September 2, 2024.  *See* ECF No. 106.  Defendants' respective deadlines have passed, and the Court is not in receipt of any submission.  Moreover, Defendants have not appeared on the record.

By **September 10, 2024**, Plaintiff is hereby **ORDERED** to file on ECF a letter updating the Court on the status of Defendants.  The letter shall address (1) whether this case has settled or otherwise been terminated against these Defendants, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

      SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                  DALE E. HO  
                        United States District Judge