



Application **GRANTED**. All deadlines pertaining to Defendant Transform are stayed until **October 3, 2024**. The parties are on notice that future requests for extensions made after any Court-ordered deadline will ordinarily be denied. SO ORDERED.

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 113.

Dale E. Ho
United States District Judge
New York, New York
Dated: September 4, 2024

September 4, 2024

<u>Via ECF</u>

Honorable Dale E. Ho
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 905
New York, NY 1007

Re:   *Color Card Studios, LLC et al. v. TASL Brand Holdings, LLC et al.*,
        Case No. 23-cv-06627-DEH

Dear Judge Ho:

I write on behalf of the Plaintiffs Color Card Studios and John Sorum (collectively, "Plaintiffs") in this matter. Counsel for Transform is copied on this letter and consented to the following request.

Plaintiffs and Defendant Transform SR Holding Management LLC ("Transform") have agreed in principle to terms that would result in the dismissal of the claims against Transform without prejudice. As part of this agreement, Transform has agreed to (1) provide Plaintiffs with certain information regarding third-party listings on e-marketplace websites maintained by Transform that Plaintiffs maintain include images owned by Plaintiffs; and (2) confirm that these listings have been taken down from Transform's websites. Last week, Plaintiffs provided Transform with a spreadsheet of about 250 listings for which they seek such information. Transform is in the process of analyzing the listings provided by Plaintiffs and providing the agreed-to information, and estimates it will be able to complete its review in the next two weeks.

On July 8, the Court granted Plaintiffs' motion for leave to file their Second Amended Complaint ("SAC"). ECF No. 82. On August 13, 2024, the Court granted the parties' request to extend the deadline for Transform to answer the SAC until September 2. ECF No. 106.

In view of the parties' agreement, Plaintiffs and Transform request that the Court stay all deadlines pertaining to Plaintiffs' claims against Transform (and only as to Transform) for thirty (30) days, until October 3, to allow the parties time to finalize their agreement – including having Plaintiffs dismiss their claims against Transform without prejudice.

Respectfully,

Lacy H. Koonce III

Klaris Law PLLC                                                                          Lance.Koonce@KlarisLaw.com
161 Water Street, Ste 904, New York, NY 10038                                            (917) 612-5861