UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COLOR CARD STUDIOS, LLC,

                           Plaintiff,                   **23-CV-6627 (DEH) (VF)**

           -against-                             **ORDER SCHEDULING CONFERENCE**

TASL BRAND HOLDINGS, LLC, et al.,

                           Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A conference in this matter is hereby scheduled for **Tuesday, December 17, 2024 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams line at the scheduled time. **Please dial (646) 453-4442; access code [300 392 623#].**

    The parties are directed to submit a letter outlining the issues the parties want to discuss at the conference by **Thursday, December 12, 2024**.

    **SO ORDERED.**

DATED:    New York, New York
               October 23, 2024

                                                                  _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge