UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COLOR CARD STUDIOS, LLC,

                      Plaintiff,                        **23-CV-6627 (DEH) (VF)**

      -against-                                 **ORDER**

TASL BRAND HOLDINGS, LLC, et al.,

                      Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, September 24, 2025 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, September 17, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
                June 11, 2025

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge