# KLARIS

**MEMO ENDORSED**

_[signature]_

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 6, 2026**

Given the limited scope of the extension, the extension request is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 160.

**Via ECF**

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**    *Color Card Studios, LLC v. TASL Brand Holdings, LLC, et al.*
>        **1:23-cv-06627**

Dear Judge Figueredo:

On behalf of Plaintiff Color Card Studio, LLC ("Plaintiff"), we are writing pursuant to I(e) of Your Honor's Individual Practices in Civil Cases to request a brief extension of interim expert deadlines, which will not alter the date for the completion of fact discovery or the close of expert discovery. This is the fifth request for an extension. Defendants do not object to this request.

The deadline for completion of fact discovery is currently Monday, April 6, 2026, and Plaintiff's expert disclosures currently are due on April 3, 2026. However, a number of Rule 30(b)(6) depositions have only take place during this final week of fact discovery (with one scheduled for April 3), and thus Plaintiff needs a small amount of additional time to incorporate information from these depositions into its damages expert report (Plaintiff does not intend to offer any other expert other than an expert on damages).

Plaintiff acknowledges that the Court's recent Order (ECF No. 159) extending fact discovery (and the overall case schedule) indicated that no further extensions will be permitted, but respectfully submits that good cause exists for this extension of interim deadlines as the testimony adduced by the recently deposed and still to be deposed corporate witnesses may be directly relevant to the damages opinion. Accordingly, Plaintiff respectfully request a three-week extension of expert disclosure deadlines only. No party will be prejudiced by this extension (and as noted Defendants do not object to it), and the extension does not affect any other deadlines, including the close of expert discovery.

Plaintiff propose, and Defendants do not object to, the following revised dates:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery deadline | April 6, 2026 | No Change |
| Deadline to conduct depositions | April 6, 2026 | No Change |
| Parties to file joint letter on the docket | April 10, 2026 | No Change |

Page 1 of 2

Klaris Law PLLC                          Lance.Koonce@KlarisLaw.com
161 Water Street, Ste 904, New York, NY 10038            (917) 612-5861

# KLARIS

| certifying that fact discovery is complete | | |
|---|---|---|
| Plaintiff's expert disclosures | April 3, 2026 | **April 24, 2036** |
| Defendants' expert disclosures | May 8, 2026 | **May 29, 2026** |
| Closer of expert discovery | June 19, 2026 | No Change |
| Settlement conference | New date by Court (*after new fact discovery deadline) | No Change |
| Trial date | October 12, 2026 | No Change |

We are at Your Honor's disposal, should there be anything further You require.

Respectfully Submitted,

/s/Lacy H. Koonce III

Lacy H. Koonce, III
Klaris Law PLLC
161 Water Street, #904
New York, NY 10038
Lance.koonce@klarislaw.com
(917) 612-5861
*Attorneys for Plaintiff*

Klaris Law PLLC                                    Lance.Koonce@KlarisLaw.com
161 Water Street, Ste 904, New York, NY 10038                        (917) 612-5861