# KLARIS

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 13, 2026**

The parties are directed to file a joint status update by **May 22, 2026**.

**Via ECF**

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

>     Re:     ***Color Card Studios, LLC v. TASL Brand Holdings, LLC, et al.* (1:23-cv-06627)**

Dear Judge Figueredo:

On behalf of Plaintiff Color Card Studio, LLC ("Plaintiff"), we write jointly with Defendants TASL Brand Holdings, LLC, Bluestar Alliance, LLC, Amazon.com, Inc., AR & EM Retail Group Corp dba Rennde, Upward Partners LLC dba Steals.com, Macy's, Inc., and Homier LLC dba Bobbi + Bricka, pursuant to the Court's Scheduling Order (ECF No. 159) setting a deadline of today, April 10, 2026 for the Parties to file a joint letter on the docket certifying that fact discovery is complete.

**Plaintiff's Position**
Fact discovery is now complete, with the following limited exceptions. First, Plaintiff has taken multiple Rule 30(b)(6) depositions over the past two weeks, the last ones on April 8, 2026, and have made a few follow-up requests for documents that were sought previously in Plaintiff's document requests, were not produced by the relevant Defendants, and were then identified at those depositions as nevertheless being available. Second, Plaintiff is in settlement discussions with several parties that have been ongoing and appear highly likely to result in the imminent dismissal of those parties, but should that not occur Plaintiff reserves the right to seek to compel pending fact discovery requests made to those parties to which those parties have not yet responded, given the settlement discussions.

**Defendants Macy's, Upward, Homier & Rennde's Position**
To accommodate Plaintiff's counsel, we scheduled two designees for Macy's 30(b)(6) deposition on April 8, 2026. Today, Plaintiff sent an email to Macy's requesting a long list of additional documents. We have not had time to consider the appropriateness and feasibility of these new requests, especially considering that discovery was supposed to be over by now.

>                  Respectfully Submitted,
>
>                  /s/Lacy H. Koonce III
>                  Lacy H. Koonce, III
>                  Klaris Law PLLC
>                  161 Water Street, #904
>                  New York, NY 10038
>                  Lance.koonce@klarislaw.com
>
>                  *Attorneys for Plaintiff*

Klaris Law PLLC                                     Lance.Koonce@KlarisLaw.com
161 Water Street, Ste 904, New York, NY 10038                    (917) 612-5861