**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COLOR CARD STUDIOS, LLC,

                                   Plaintiff,                          **23-CV-6627 (DEH) (VF)**

                   -against-                                           **ORDER**

TASL BRAND HOLDINGS, LLC, et al.,

                                   Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 4, 2026, Plaintiff filed a letter requesting permission to "serve at least one rebuttal expert report." ECF No. 171. Defendants oppose, arguing that the case management plan does not contemplate rebuttal expert reports. ECF No. 172. Expert discovery in this case closes on June 19, 2026. See ECF No. 161. Given that expert discovery has not yet closed, Plaintiff's request to serve its contemplated rebuttal reports is granted. See Camarata v. Experian Info. Sols., Inc., No. 16-CV-132 (AT) (HBP), 2018 WL 1738335, at *2 (S.D.N.Y. Mar. 5, 2018) (allowing plaintiff to file a rebuttal expert report because "the total preclusion of a plaintiff from serving a response to a defendant's expert disclosure is disproportionate" and "the fact that plaintiff has decided to forego reliance on an expert as part of his direct case should not preclude him from challenging defendant's expert evidence"). However, any rebuttal report must be limited to contracting or rebutting evidence "on the same subject matter identified by [Defendants'] expert." Fed. R. Civ. P. 26(a)(2)(D)(ii). To the extent Defendants believe any rebuttal report is impermissible, Defendants may, at the appropriate time, move to preclude reliance on that report.

1

2

Defendants requested that if the Court allowed Plaintiff to serve a rebuttal expert report, that Defendants be permitted an opportunity to serve a response. ECF No. 172. Defendants' request is granted. Plaintiff is directed to file any rebuttal report by **June 19, 2026**. Defendants' reply expert report, if any, are due **July 17, 2026**. Expert discovery will close on **August 14, 2026**.

To accommodate the extended expert discovery schedule, the summary judgment deadlines are hereby extended as follows: Defendants motion for summary judgment is due by **September 11, 2026**; Plaintiff's opposition is due by **October 12, 2026**, and Defendants reply, if any, is due **October 23, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 171.

**SO ORDERED.**

DATED:      New York, New York
            June 8, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge