**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

COLOR CARD STUDIOS, LLC,

Plaintiff,

-against-

TASL BRAND HOLDINGS, LLC, et al.,

Defendants.

-----------------------------------------------------------------X

**23-CV-6627 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant is directed to file a response to Plaintiff's letter at ECF No. 180 by **August 14, 2026.**

A conference in this matter to discuss the filing at ECF No. 180 is scheduled for **Monday, August 17, 2026 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [842 765 969#].**

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge